705 A.2d 1212

IN THE MATTER OF F. CRAIG LAROCCA,
AN ATTORNEY AT LAW.

February 26, 1998.

## ORDER

The Disciplinary Review Board on November 7, 1997, having filed with the Court its decision concluding that **F. CRAIG LA-ROCCA of VENTNOR**, who was admitted to the bar of this State in 1977, should be reprimanded for violating *RPC* 1.7(b) (representing a client when that representation may be affected by responsibilities to another client or others) and *RPC* 1.8(a) (entering into a business transaction with a client), and good cause appearing;

It is ORDERED that **F. CRAIG LAROCCA** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.